■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CANCEL, Appellant. [851 NYS2d 55]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Demarest, J.), imposed January 10, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Lifson and Balkin, JJ., concur.